**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | **ORDER RE SUBSTITUTION OF** |
| | ) | **COUNSEL** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 3:15-cr-048 |
| Jason Lee Wishusen, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant made his initial appearance in the above-entitled action and was arraigned on July 7, 2015, The court, pursuant to 18 U.S.C. § 3006A, appointed attorney Assistant Federal Public Defender Soma Yarney to represent defendant.

Assistant Federal Public Defender Soma Yarney is **GRANTED** leave to withdraw. Attorney Mark Meyer is appointed to represent defendant and shall be substituted as defense counsel of record.

**IT IS SO ORDERED.**

Dated this 9th day of July, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court